# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**STONEY LESTER,**                           :
                                             :
   **Petitioner**                         :
                                             :    **5:05-CV-470 WDO**
   **v.**                                :    **5:02-CR-37 WDO**
                                             :
**UNITED STATES OF AMERICA,**                :
                                             :
   **Respondent**                        :

## ORDER

Petitioner's motion to extend the time in which to file a response to the Government's brief and an objection to the Report and Recommendation is GRANTED. Petitioner may file a response to the Government and/or an objection to the Report and Recommendation no later than June 21, 2006.

**SO ORDERED this 16ᵗʰ day of May, 2006.**

   **S/**
   **WILBUR D. OWENS, JR.**
   **UNITED STATES DISTRICT COURT**