**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **STONEY LESTER,** : | |
| : | |
| **Petitioner** : | |
| : | **5:05-CV-470 WDO** |
| **v.** : | **5:02-CR-37 WDO** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

## ORDER

Petitioner filed a motion to dismiss his habeas petition or, in the alternative, to amend the petition. Because Petitioner apparently intends to set forth entirely different claims, his motion to voluntarily dismiss the habeas petition in the above referenced cases is GRANTED. The petition is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED** this 30th day of May, 2006.


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT COURT**